**F I L E D**
CLERK, U.S. DISTRICT COURT
02/27/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD O'CONNOR,<br><br>　　　　Defendant. | No. 8:23-cr-00027-DOC<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about October 28, 2022, in Orange County, within the Central District of California, defendant RICHARD O'CONNOR knowingly possessed an Apple iCloud account, associated with the Apple ID vpteacher14@hotmail.com and Person ID 93062275, that contained at least three videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), all three of which videos involved prepubescent minors and minors who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that

the videos were child pornography.

The child pornography that defendant O'CONNOR knowingly possessed consisted of the following:

1. A video titled "F_75D64DD7-813D-4EC9-BD5B-C49E06F517AB_VYefkhKRwz__Aor7Z7nAKYCRzADQ=_1029420_AN1g";

2. A video titled "F_75D64DD7-813D-4EC9-BD5B-C49E06F517AB_BDMXDGbuB0KVteYiA__fYMOF5lMw=_2089519_NjeR"; and

3. A video titled "F_636E4EC8-F2D9-487B-9F63-61B0FACAC808_kCAOtrKA+C8ExcnEclScyHQbPbg=_16836_apyN."

E. MARTIN ESTRADA
United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office