Summons (Rev. 03/18)

# UNITED STATES DISTRICT COURT

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
03/02/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> RICHARD O'CONNOR, ) <br> ) <br> DEFENDANT. ) <br> ) | Case No. 8:23-cr-00027-DOC <br><br> **SUMMONS TO APPEAR** |

**TO:**  **Richard O'Connor**
c/o Josef Sadat
1551 N La Brea Ave, Pmb 204
Los Angeles, CA 90028-7003

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Ronald Reagan Federal Building and U.S. Courthouse located at 411 W. Fourth Street, Santa Ana, CA,** in **Courtroom 6A/6B**, before the **Duty Magistrate Judge** on the **3rd** day of **April, 2023** at **10:00 a.m.** to answer to an information (attached hereto) charging you with **SEE ATTACHED**.

Dated: 02/27/2023

cc: Pretrial Services

CLERK U.S. DISTRICT COURT

By ___D. Velazquez___
Deputy Clerk

## RETURN

This summons was received by me at  _Anaheim, CA_  on  _3-1-23_ .
　　　　　　　　　　　　　　　　　　　　City, State　　　　　　　　　　Date

_[signature]_
Richard O'Connor
Defendant

Note:   IF YOU HAVE NOT RETAINED AN ATTORNEY, YOU MUST APPEAR AT THE FEDERAL PUBLIC DEFENDER'S OFFICE AT 411 West Fourth Street, 7th Floor, Santa Ana, CA at 8:30 A.M.