*United States Probation & Pretrial Services*

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT
04/03/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: **8355911**

**#586239373**

**Passport Receipt**

Defendant Name: **Richard O'Connor**

Name on passport, if different: **Richard John O'Connor**

Country of Origin: **U.S.A.**

Date passport issued: **02/27/2018**

Expiration date of passport: **02/26/2028**

Ordered by court in the <u>Central District of California</u> or Southern District of California

Docket Number: **8:23-CR-00027**

_____
Surrendered By

**4/3/22**
Date

**Dalayna Ecklund** *Dulayna Eckld*
Received By

**4/3/23**
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned

Address (if mailed)