FILED
CLERK, U.S. DISTRICT COURT
APR - 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:23-CR-00027-DOC |
| v. | |
| RICHARD O'CONNOR | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Josef Sadat__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__4/3/23__
Date

__[signature]__
Defendant's Signature

__SANTA ANA, CA__
City and State

## APPEARANCE OF COUNSEL

I, __JOSEF SADAT__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__4/3/23__
Date

__[signature]__
Attorney's Signature

__282485__
California State Bar Number

__9595 Wilshire Blvd. Ste 900 B__
Street Address

__Beverly Hills, CA 90212__
City, State, Zip Code

__310 709 6291__     __310 300 8401__
Telephone Number        Fax Number

__SADATLAWGROUP@GMAIL.COM__
E-mail Address

CR-14 (01/07)   DESIGNATION AND APPEARANCE OF COUNSEL