# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CR 23-00027-DOC | Date | May 15, 2023 |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter   n/a

| Karlen Dubon | Miriam Baird | Melissa Rabbani |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) RICHARD O'CONNOR | X | | X | Josef Sadat | X | | X |

**PROCEEDINGS:   CHANGE OF PLEA**

X   Defendant moves to change plea to the Indictment. The plea agreement is incorporated herein by reference.

X   Defendant enters new and different plea of GUILTY to the single count information.

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **December 18, 2023 at 7:30 AM** for sentencing.

X   Other: The Court vacates the trial date of May 23, 2023.

X   Other: The defendant shall remain on bond under the same terms and conditions as previously imposed.

X   Other: The Court orders the courtroom closed and the transcripts to these proceedings SEALED unless unsealed by a Court order.

                                                                                                    00   :   26

Initials of Deputy Clerk   kdu

**cc: USPPO**