E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
     U.S. ATTORNEY'S OFFICE
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3561
     E-mail:   melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                 UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

                        SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 23-27-DOC |
| Plaintiff, | VICTIM IMPACT STATEMENTS |
| v. | Hearing Date:  December 18, 2023 |
| RICHARD O'CONNOR, | 7:30 a.m. |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Melissa Rabbani,

hereby submits the written impact statements the government has

received related to the child pornography possessed by defendant

Richard O'Connor.

     The victim impact statements included in this filing are listed

below.  Each victim in the attached statements uses an alias to

protect his or her identity.

| Exhibit No. | Victim | Video Series |
|---|---|---|
| 1 | "Dipper" | Jester |
| 2 | "Jack" | Rap72 |
| 3 | "Jessy" | Surfer Hair |
| 4 | "Chelsea" | 2crazygurls |
| 5 | "April" | Aprilblonde |
| 6 | "Jenny" | Jenny |
| 7 | "Andy" | SpongeB |
| 8 | "Maria" | Best Necklace |
| 9 | "Violet" | At School |
| 10 | "Sarah" | Marineland1 |
| 11 | "Cara" | MotorCouch1 |
| 12 | "Lily" | Vicky |
| 13 | "John Doe 2" | 8 Kids |
| 14 | "John Doe 3" | 8 Kids |
| 15 | "John Doe 4" | 8 Kids |
| 16 | "John Doe 5" | 8 Kids |

Dated:  December 11, 2023         Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  MACK E. JENKINS
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                   /s/ Melissa S. Rabbani
                                  MELISSA S. RABBANI
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

# Exhibit 1 ("Dipper")

December 7, 2021

Dear Your Honor,

Thomas Hardy wrote, "And yet to every bad there is a worse."

I am the adopted mother of one of the minors whose image(s) were found on the defendant's computer.

Every morning I expect an email from the Victim Notification Service telling me another person has seen footage of my son's horrific experience. The idea that my son's rape and face are out there sickens me and makes me lose faith in humanity. These are adults watching my son get hurt. They are watching my son's innocent childhood being murdered while they sit there and pleasure themself. It is disgusting and horrific.

My son is still a child, and still so young and so hopeful that he can put his past behind him. How can he, if these videos are not only out there but that there are people WATCHING and SHARING his videos?! My son is in therapy and he struggles with sharing his pain with what happened to him. I now know that I will have to tell him his videos are still being shared and watched by ADULTS who are supposed to know better and have morals. He is going to be a VICTIM all over again. He IS a victim every time someone views the videos of his abuse. He just doesn't know it yet, because I am terrified that when he finds out, he will break and I won't be able to get my son back.

I don't want to lose my son to people like these perverted monsters who get off on seeing innocent children get violated over and over again. Their claim of not doing any harm to the kids, that they are just "looking" is not true. Not only are they hurting the chances of overcoming my own fear of strangers recognizing my son's face, more IMPORTANTLY, these heartless defendants are KILLING my son's chance of EVER being able to feel safe in the world. How is he ever supposed to feel safe knowing there are people watching videos of his abuse? What will this do to his identity, especially when he is a teenager?

Right now my son struggles with talking about what is going on with him emotionally and mentally. He constantly degrades himself and refuses to believe any possible good will come his way.  There is a song called "The Man Who Sold The World." It is a song covered by a 1990s band called Nirvana. The song is about a man who no longer recognizes himself and feels awful about it.  When I think about the evil that was endured by my kids, especially my son, it is hard not to see him one day look in the mirror and question who he is.

How many years of therapy will he have to attend in order for him to move forward with his life? Even then, how will he ever feel safe if he thinks someone might recognize his face?

The one thing adults are supposed to provide for our children is safety. My son may never feel safe knowing there are people watching and sharing images of his trauma.

These defendants need to be held accountable for the pain, suffering and trauma they put my son through. They are choosing to continuously make my son a victim by watching and sharing his images.

Thank you for taking the time to read my statement.

Sincerely,

_____

# Exhibit 2 ("Jack")

"JACK" VICTIM IMPACT STATEMENT

I make this declaration under penalty of perjury. I am a victim of child pornography.

At the time my abuse I was a child. I have never told anyone (other than the police, my lawyers, and Dr. Green) about what happened to me as a child. Even though I was just a child, and didn't fully understand what was going on, I feel a great deal of shame and embarrassment knowing that the images of my abuse are available to others.

I did not know that images of my abuse were recorded or distributed, until I was informed by law enforcement, many years after the abuse occurred. Learning that there were images was very upsetting to me. Knowing that people can see these images from many years ago is a very unsettling feeling and makes me feel very insecure. You never know who has seen it. It could be anyone.

It's something that never goes away, and no matter what I try or how hard I try, it's something I cannot forget or escape.

Having the images of my childhood sexual abuse in circulation on the internet, and among pedophiles truly affects every day of my life. It makes me antisocial. I don't want to be around people, and I avoid situations that will bring me in to contact with others because I don't know who might have seen the images.

I have no confidence. I have a hard time talking to people that I meet, and even people that I know.

I have never told anyone (other than the police, my lawyers, and Dr. Green) about what happened to me as a child. I have not shared this with any of my family members or close friends.

It's something that is always in the back of my head and that I have to deal with for the rest of my life. It is a burden that I do not feel that I can share with anyone who knows me.

Dated this 25th day of January, 2019.



# Exhibit 3 ("Jessy")

## VICTIM IMPACT STATEMENT
### OF MOTHER

It's very difficult to describe how I feel and how my life has changed by these events. I spend a lot of time crying, when I'm driving, when I am home, when I am trying to understand what has happened to the child I knew, etc. I can't help thinking and feeling like a failure as a mother and that I wasn't able to protect my child. Why is this happening? How could I have not known? How could this happen right under my nose? I am completely overwhelmed with guilt, sadness, hate and so much more that I can't describe or control sometimes.

The day I got the phone call my child was being abused/molested was the most awful feeling. I was so sickened and in shock. I really did not believe it and thought it was all a nightmare and I would wake up to find out it couldn't be true. To hear that pictures and videos had been taken of my child engaging in sexual behavior, and they were being sold, traded or what not across the country was almost more than I could stomach. The pictures and videos that I had seen of my child is NOTHING any child or person should have to endure in their lifetime. No person or parent should ever have to see this done to their child or see their child doing these horrific things...things I will never be able to erase that from my head..... And to think I wasn't there to stop it or help keep him from these animals. I feel responsible for not being able to protect my child from the monster who did these things to him, and who recorded and distributed the images of my son's abuse.

Up until we were notified of Jessy's abuse, and the distribution of his abuse images, he pretty much lived a normal happy life prior to learning that his images are on the internet. He used to be so lively, loving, happy and caring. He used to LOVE to play outside with friends and even be around his family. He was such a Character and a goof ball and always smiling. That has all changed. He has become quite reclusive, staying in his room, playing video games. He no longer likes to participate in very much unless it is with people he knows and really trusts. He has a chip on his shoulder, an attitude that is more hostile than friendly. He is not as open and chatty as he used to be. I just don't see the same child any more.

Jessy seems very to himself and not wanting to be bothered by anything or anyone--unless it's something HE wants. He cannot take no for an answer. If I tell him no he starts whining and fighting with me and says I don't care about him or love him because I won't give in on what he wants when he doesn't get his way. He's been in trouble at school. He steals money and other items from me and other family members to get what he wants, and then he lies about it. He was so brain washed that I can't get through to him that money and material items do not show love or what you think love is.

In the last few months, Jessy has been in trouble for leaving school. Over the past year he has gotten progressively worse. He's been caught smoking weed. He doesn't get it. He walks out of class before class ends, lies to his teacher, goes skating during school. He screams,

yells, and fights with his father and me. He's been very vulgar lately. As he's gotten older it's gotten worse. Blow ups are worse, and he refuses to talk about any of the things that are upsetting him. He got in trouble at school, and got cited. He was supposed to go to court, but he got into a diversion program to have him do counseling. I feel that a lot of what's going on is stemming from the abuse. I took him to the counselor, but he refuses to talk about the abuse. He cannot look at himself, and blames others for his behavior. He tells you what you want to hear. He lies to the counselor. He blames his teacher for missing assignments. His Dad and I took away skating privileges; recently his dad took away PlayStation, and they got into it. Jessy even argues with his grandma. Jessy has become vulgar, rude, and defiant with every authority figure, and this scares me for his future.

Jessy gets upset when asked to do chores or to help around the house, and he gets mad if his little brother follows him—he doesn't want to be bothered. Jessy just hides in room and plays video games. He doesn't want to join family for meals. He's retreating to people that are not the best influence and can smoke weed with. Jessy is still seeing a counselor, but he refuses to talk to the counselor about what happened with Will—like he's trying to build a wall around that. He has trouble expressing himself and he gets very angry and defensive. He was not like this before this happened. Jessy has changed completely since Will came into his life.  Will was molding Jessy for what they wanted and what they have created is destructive to Jessy.

Jessy manipulates me and his teachers and plays us against each other. He's not even trying to follow rules, or obey. He wants everything handed to him, and when he doesn't get his way, or if there are consequences because he's in trouble then he blames others rather than taking responsibility himself.  Jessy has no interest in earning money, and he does nothing to better himself. He wants everyone else to change, or to leave him alone. He has no sense of his own power to change his life; that has been taken from him.

In school, Jessy has average grades, but I have to constantly ride him to get him to do his work. Recently, he spent 2 days in the principal's office. He is my MOST challenging child. He's only happy if you're giving him something, doing something for him. He's never satisfied.  Jessy seems depressed and nothing can pull him out.

This has affected me and our whole family in so many ways from losing my job a few months after this all started. (Due to having to miss work to meet with DA and FBI and taking my son to appointments and so forth) to my personal relationships being questioned (questioning my kids about friends, family, babysitters etc. that they have spent time with). Life on a daily basis has just really become a constant battle with me and my husband and the whole family as well because his behavior has changed so drastically. It's caused so much conflict and fighting in our home with my husband and me because of his behavior, and Dad fighting with Jessy because he is nasty and rude and defiant. I use to LOVE to watch my child skate and do what he loves, but now I can't even think about it or even step foot into a skate park without thinking of this horrible ordeal and not think that all the older kids or adults there are out to do harm. I feel like this consumes my brain and energy most of the time. I am completely sickened by this. I now have to look into having my child's name changed and entered into a confidential address program to hide from these

predators in person and on the internet and any other sick person in this world. I live everyday with the fear that someone is going to recognize my child, stalk him, kidnap him and then could cause more harm than already done.

I do not trust or even relate to people like I use to. My view and opinions have changed tremendously on things in life. I know it's not right, but I find myself thinking everyone has some sort of ulterior motive and out to benefit only themselves and their own selfish ways. No one cares about you or your wellbeing, or accepts for yourself. This is a big Cold and lonely world and you are your only protector.  I am more hesitant to let my kids go anywhere or do anything for the fact I don't know what or who is lurking around the corner. Things can happen and change in the blink of an eye. I do not even trust close friends or family. I am constantly asking my children if anyone has harmed them or touched them or anything like that and trying to teach them what to do if this situation were to happen. I am a very social open person as is my family but, because of this whole thing we are not so much anymore, but more very observant, hesitate and second guess who to talk to and let into our lives. I know now to trust my gut!

It's horrifying to know that there are so many animals like the defendants who are looking at Jessy's images in the world—and I receive the Notices, so I am aware of how may sick, perverted people are out there.  I now have to be on guard and watch 24/7.  I hope and pray no one finds out or recognizes my child.  I am so very angry and upset over this. I have no emotion or feeling for the defendants as individuals as I honestly do not even see them as human. I see them as an animal/predator. The innocence of a child has been taken and destroyed for what? Their own selfish reasons at which I can't even begin to fathom. I am so confused and at a loss for words really. I ask myself all the time what person in their right mind would find this behavior ok and appropriate? Then I remember the people who are trading in my child's images are not right with God. I must say I am glad they will be judged and held accountable for their actions but, there is nothing in this lifetime that will repair the damage, pain and suffering they have caused my child and our family. There is no punishment that will be greater than what God will lay upon them. I really hope that these perverts get the mental help that they need to understand and know that this all is not right and that they become one with Christ.

I think at this point we ALL just want it to be ALL done and over with. I wish someone would just pinch me so I can wake up from this horrific nightmare. I am so exhausted from trying to be stronger than I feel.

June 5, 2017.



# Exhibit 4 ("Chelsea")

## VICTIM IMPACT STATEMENT

I have lost emotional trust of men. This has affected my ability to have healthy and  happy relationships, including a romantic relationship and friendships. I struggle with depression, my diagnosis of PTSD, anxiety and I am paranoid. My paranoia creeps-in when I think people are looking at me and have seen the videos of me. I worry that people, especially men, have seen me naked as a child and recognize me when I am out  in public. When I am alone at home, I triple check the door locks and am fearful of being raped. My sexuality and sex-life has been damaged because of the videos. I cannot even touch myself (masturbate) because I feel weird and it makes me sad and cry.  I have lots of trouble sleeping and I often have nightmares. In my nightmares, I am being raped by men who watched the videos of me. I have problems with kleptomania, shop lifting. I think this is because I want to try and make things feel better. Because of the videos and what those men did, I think I will need a lifetime of therapy for all of my emotional problems.

I think that having sex at a very young age, 13, because of the video's and the men wanting to see me sexual and naked caused physical harm to me. Because it made me so sexual, I got an STD when I was 15, I got herpes. Related, the videos added to my poor judgement of boyfriends, so I had sex with boys I shouldn't have, and got STD's. I also pull-out my hair and have trichotillomania, this hurts my scalp and hair, hurts my looks. The hair pulling started with the videos and the things the men wanted me to do, to be naked and sexual. I started using drugs to cope, the men liked this idea too. I started having eating problems and would stop eating. Now that I am older, I am disgusted when I look in the mirror and I still have problems with eating and not taking care of myself physically.

I have had probably 100 or more sessions over the years. Because of my issues, I cannot work as much as I need, I must take time-off because of therapy, Dr. appointments and due to my depression, anxiety and PTSD, all because of the videos and those men. Some days I cannot even get out of bed, maybe twice or more a week. I have chronic pain, aches, headaches, which my therapist and Dr's think is the PTSD and depression. I must drive an hour, each way, to go to my psychiatrist and for my medications. I can't go onto a computer and go online, fear overwhelms me that I am being watched. This causes me problems with applying for jobs. I also think the computer camera's, like on laptops, are recording me and I don't even know it. That is crazy, but I am afraid.

This is huge and has caused so many problems, like the choices I have made in boyfriends, unable to have good judgement, using drugs and getting attention and feeling

good in all the wrong ways socially. I cannot attend regular school, I think boys and male teachers are all staring at me and have seen the videos. All they want is to have sex with me. So, I go to an alternative school. It is hard enough for me to go there and it is only 9 hours a week of school. I also must drive to school, no bus picks me up. So, I am always struggling to borrow a car and pay for gas. I don't have a car and can't afford one, but I can't go to regular school, no way. So, I must find a way to drive to school.

Socially, I guess I also lost good judgement, especially with friends and using drugs. I had awful boyfriends, did drugs and had lots of sex because of the videos and what those men did to me. Poor lifestyle choices and poor self-care was constant following the videos. I think this affects my view of the future, I think my future is messed-up and limited because of the videos and what happened. I don't even want to ever have children because of what happened to me … never, ever.

███████████

1/16/17

# Exhibit 5 ("April")

**'AprilBlond' Victim Impact Statement/November 2020**

Being a teenager is hard no matter what.  But because I had to live with a messed up person who abused me and put my abuse on the internet, my life will always be more challenging.  I want to be a normal teenager and it makes me feel angry and violated that I can't.

I have to feel afraid to have a social media profile picture of myself due to fears of being recognized. I am afraid that pedophiles who look at the images of my abuse could try to find me and hurt me or my family. As a victim, it is my right to be notified each time an image of my abuse is viewed. My mom received 22,000 notifications and I had to stop the notifications because it made me have panic attacks.  It also makes me feel weird, uncomfortable, anxious, and sad. It's hard to imagine 22,000 people have seen or shared images of my abuse. It makes me sick to think about how many people there are in the world who don't care they are supporting child abuse.

It is difficult to trust people because I wonder if they have seen the images of my child abuse and are a pedophile. I get nervous when a person looks at me too long or just more than a passing glance. I wonder if they are putting together who I am from an image they saw on the internet. I feel scared, anxious, and angry I could be abused again if a person recognizes me who saw the images of my abuse. I have had to go to therapy to learn to talk about what happened.  I might have to continue going for the rest of my life because the images will always be there.  It's hard to trust people  and when I'm older and want to get married it might be hard to feel close to someone. I hope to have children when I'm an adult.  I know I will be very over protective, paranoid, and struggle to let them be independent because I fear they will be abused.  Instead of those years happy, they could be really hard for me and I might have to get help to deal with those feelings.

As a child I didn't have a choice what happened to me.  Now, I have to suffer twice;  the first time was being abused and the second time is the ongoing anxiety due to the images of my abuse forever accessible.  It's impossible to cope with and accept that I have to live with the images of my abuse being available on the internet indefinitely. These images will live on the internet longer than I will live.  It's very possible I could have to go to therapy for the rest of my life because of this.  If the feelings get too bad, I could have to take medication to help.

I can't get support from my close friends and family about my feelings because I'm paranoid and anxious that if I tell them, they will go to the internet and try to find and look at the images. It feels like nobody knows how I feel. A coping skill is supposed to make a person feel better.  It's hard to feel better about knowing I can't do anything about the images of my abuse being put on the internet and people using those images.

Exhibit 6
("Jenny")

Victim Impact Statement

"Jenny"

I'm 18 now and so I am writing this to have my own voice in my victimization when I was a child.

I was only seven when my predator began molesting me and photographing me. It went on for two years before they found him on the internet sending pictures of me to men. Then they found me after arresting him, but my life has never been the same. I have lived my life uncomfortable with men and boys around. I am always conscious of my clothing and making sure no one can see any parts of me. I worry about the pictures of me that are out there and I hate that others see them. I have feared over the years that someone would recognize me in public. I wish only that every single one can be found and destroyed someday. It is upsetting thinking about them and I want them to go to jail for doing it.

Not many people know what happened to me and if they know anything it is not the whole truth. I don't want people to know and I want to forget it but I cannot do that all the time. I want to shut off my brain so many times.

I want my perpetrator to stay in jail forever and I fear when he gets out. It has been so hard to trust anyone, even family and friends sometimes, since he did those things to me. I went to therapy for a while but I stopped because I just wanted to forget it. With the pictures still out there I can't.

# Exhibit 7 ("Andy")

October 22, 2020

Victim Impact Statement

**To Whom it May Concern:**

The name I go by is Andy from Utah, I am a male victim of child sex abuse and child pornography. My sexual abuse occurred from the ages of 6 – 12. During this time my victimization was documented and shared across the country, and is continuously being shared. My series of victimization is known as the Sponge Bob Series. The images and videos taken of me being sexually abused are one of the most widely distributed male victim series in the country.

The aspect of my victimization that is hardest to deal with is the child pornography.  There are over 500 cases where criminals are either under investigation, charged or sentenced with being in possession of my images. The fact that my images are out there, and are being shared every day, is something that I think about and have to deal with every day of my life.

Since learning about the widely shared pornography, I have experienced negative changes in my life, my personality, my outlook on life and the world, and my ability to trust and interact with people.  One of the main issues I deal with is anger—especially to male strangers.  I am naturally suspicious, even when I see people in grocery stores or walking around my community.  I fear that someone has viewed the pornography showing my abuse.  I fear that I will be recognized.  I struggle with extreme anger and trust issues.  Some of this anger has lead me to act out aggressively—sometimes to strangers, other times to family members, friends and even though who are just trying to help me.  I find it difficult to regulate my hatred, suspicions  and fears.   Unfortunately, to cope with my anger and to deal with the knowledge of my abuse being looked at—probably on a daily basis—I also turn to other destructive diversions such as drugs and alcohol.  How else can someone live with what is happening to them over and over again?  Through some therapy, I am trying to learn other coping skills but it is hard and it is a daily struggle.

I THINK ABOUT THE CHILD PORNOGRAPHY EVERY DAY!  There is not one day that goes by that I don't think, with hatred, about the sick and disgusting people who view, trade, save and "get off" on my abuse when I was just a little kid and couldn't defend myself.  It is sickening.  I feel that every single criminal that is found with mine or another child's images should be held accountable for the highest amount possible to help us victims repair our lives.  Each pervert who finds pleasure in my childhood abuse should suffer the fullest consequences of the law—be that prison, strict parole conditions, restitution, counseling, and, they should NEVER be allowed to be alone with little kids.

Now that I am over the age 18, I am in more fear. I worry about these perpetrators coming after me and harming the children in my life. I think about this every day.

My images may never be taken off the internet and may always be circulating across the country, but in THIS case, with THIS defendant, I ask for justice to be served.  Please hear my voice and know it is difficult for me to know there are defendants out there, like the one before you at sentencing.   Please hold him accountable for his harm of me.   With restitution, my hope is that I can start to heal, learn how to handle my circumstances, and build my life.

Thanks,


Andy

*Andy is my pseudonym to keep my identity private; my true identity can be confirmed by speaking with my attorney's.

# Exhibit 8 ("Maria")

Victim Impact Statement for Maria
By her Mother

December 20, 2021

Dear Judge:

It's been 5 years since our lives has changed. I wish I knew ahead of time and could have done everything to prevent it. I have and will have a guilt trip for the rest of my life, and feel responsible for what happened to my daughter. I know that it will haunt her and us and always be out there on the internet and there is nothing that can fix it.

Being 24/7 a full time mom with 3 kids, plus full time job and being single mom, it had slipped past me and I had no idea what was going on, even though my daughter was always near with me, at home, at work, on trips. I didn't know at that point what was going on with her screen, and that she got trapped in it, and needed help at some point.   She didn't ask for help and someone was playing and manipulating my child. And now she is in danger, she isn't safe, she doesn't realize it now, but I am afraid that one day she will understand, and this is the scariest moments., as I don't know how she will take it, whether she will harm herself or somehow find the strength to deal with it.

At this point, I'm trying to figure out how we can live with it, since it's not going anywhere, and will follow us like a shadow. These images haunt her. She avoids any conversations about it. She doesn't want to talk about it, and wants to hide her head in the sand.

The first time I received an email with a video/picture collage showing sexual images of my daughter, I was speechless, shocked, as it was first time for me to see it. I couldn't believe what I saw. I didn't know how to deal with it; I know that she didn't do it on her own, she was a child , she played dolls and legos…It didn't fit in my understanding, and I couldn't process it.  Just the thought that these images are around the world is shocking, disappointing, makes me sick just to imagine that these images are on sale, or for trade,  circulating from one person to another pedophile.  I feel hopeless and helpless because I can't do anything about it to stop the spread, and neither can anyone else

The most important thing is the mental and physical wellbeing of my daughter. The presence of her sexual images being online has had a huge effect on her life, on her dreams on everything. She is very talented child who had dreams of singing, acting,

performing, and playing sports.  It is all shattered now.  She is withdrawn; she seems afraid to go out in the world now.

It's like telling an artist that you can't draw anymore, or telling a singer you can't sing anymore, or telling an athlete you can't exercise anymore-- you will get a depressed person who won't know where she belongs. This is what has happened to her.  She will become lost…I wish I knew how, I wish I could stop and reverse the history.

Ones she was told by some of her friends that they got an anonymous message "re :images."  She told them not to open, that the account was hacked. Luckily, they didn't, but she had so much stress and anxiety, she was practically unable to do anything about worry about her friends seeing the images. I felt helpless to help her through it. She withdraws and doesn't want to talk about any of it.  I believe it is a very scary place for her to consider these things.  She has nightmares where someone is chasing her and she is dying.  I try to redirect her thoughts, but it is so difficult, both for her to calm down and for me to watch her go through this.

At one point she wrote something on social media that brought the police to our house at night telling me she was suicidal.  They insisted on talking to her without me present.  They wanted to take her away in the middle of the night and for her to see a psychiatrist.

On another occasion I had some random woman contacted me on the Telegram app, insulting and accusing me of how can I allow my daughter to make such pictures. I understand that is not the end of it, and this will go on as long as her pictures are on the internet.  We just need to learn how to live with this constant assault upon our family.

We moved from one state far away to another state, to escape the new reality we were living in.  She was only 12 and this was so hard for her, especially the first year.  She was uprooted from all her friends and everything she had known. We had ups and downs like a roller coaster.  I grew a lot of grey hairs in the process.  I had to completely re-establish my business and this was scary out of concern for supporting her and our family. After a few years she has built some new relationships, has some activities in school, but we cannot let her do all she wants to.

Even though we have moved as far away as we felt we could—across the country—still this  follows you.  It doesn't matter where you are. Due to nature of my work I need to have social media for my business, and I have thought to completely quit it, even for work. I am afraid of the pedophiles who look for child pornography finding my

daughter.  We didn't think this would follow her, but we posted just a head shot of her on my work social media page and I got an email with a collage of my daughter's child pornography pictures.  I gave law enforcement my whole account. It is just appalling. Since then I don't post any pictures of my children; I have quit all personal social media and don't let her have any at all. I am paranoid about someone—our friends or family-- taking pictures of us and posting them. I feel unsafe and worried for my daughter all the time.

My daughter cannot focus on her schoolwork.  She no longer takes part in the social and athletic activities at school.  I know she needs to participate in these school activities in order to succeed and I worry a lot about her future.  I worry about how she will do in school as she matures.  She needs help.  I ask you to do whatever you can to make these people stop trading her pictures, and to take them off the internet so my daughter can live a normal life and become all that she can be.  The sick people who like to look at these things need to be punished and to know ahead of time they will be punished if they download her pictures.

Thank you for considering how badly this has hurt my daughter.

███████████████████

Mother of Maria

Exhibit 9
("Violet")

Victim Impact Statement for "Violet"

The following statement cannot begin to cover the totality of the impact the heinous act(s) against our daughter. She is given a "Life" sentence by the people who have downloaded her images of her sexual abuse. She will forever have the stigma and branding of someone's sexual object of pleasure. The lifelong impacts for our daughter are tragic and we are afraid for her future well-being.

For four long years, our daughter's sexual abuse was recorded on camera and subsequently distributed over the internet. Files were uploaded to secret hiding places where only other sexual abusers know about. The secret vault that caters to child pornography. Today's Information Age of Technology where most people benefit from such advances, has and will become even more so, a living hell for our daughter. As we all know, once something is posted over the World Wide Web, it cannot be taken back.

The despicable images and videos will forever be available to a person who seeks and finds pleasure in abusing children. Thousands upon thousands of people, all over the world have access to images of our little girl during her darkest days, to do so as they wish with those images. A person can download her image, create their own child pornography movie, share it with other monsters, or keep it for themselves to continuously exploit our daughter in their own private bedroom. Our daughter is a child whom does not deserve to be exploited day after day by everyone that has these images of her. She unjustly has a lifelong sentence of abuse and exploitation.

As our daughter grows up, and comes to realize to impacts of the sexual abuse and the methodology used in its perpetration, her adjustment into society with these torrid past experiences will be monumental. It will be an ongoing lifelong process for her. To reiterate, her sentence is for "LIFE." The awareness that her sexual abuse is memorialized via the internet and will forever be devastating. Although she is a child, it won't be long until she learns and realizes that thousands of people, all over

1

the world can view her sexual images as long as they wish. She has no control of the circulation of those horrid videos. This is our tragedy. Our daughter will always be a victim each time another monster "enjoys" her videos. Again, this is a horrible tragedy, and leaves us helpless because there is nothing we can do to stop the distribution of such images.

Our daughter is bright, inquisitive, and has a heart of gold. She dreams of being a school teacher, perhaps to help and educate kids who have experienced similar abuses as her. Our daughter has natural athletic abilities and is a fantastic soccer and basketball player. As her parents, we are committed to showing her what a typical loving family life is like; most definitely a life without ongoing sexual abuse.

Knowing that people all over the world can continue to exploit her is the deepest concern. We dread the day we must tell her the abuse was videotaped and distributed all over the internet. Once she fully comprehends how her suffered abuse has been spread around the internet for others to "enjoy," it will shatter her soul. I repeat, we are afraid for her physical and mental health. While out shopping or eating at a restaurant, we are constantly worried and afraid one of these online monsters would recognize her from videos. If she is recognized, what stops them from approaching her, or possibly intending to kidnap her? As her mother, this is my worst fear. As she grows older and matures, the images of her abuse remain stagnant in a creepers mind. Once she, herself realizes the impact of her abuse there is no telling how she would react.

One can only imagine she has the potential to feel violated all over again, she might feel ashamed or embarrassed; she may be constantly distracted, she may even feel the abuse was her fault. Adding to these feelings, knowing that she wouldn't be able to take down her online images, would be extremely painful and unnerving. She would feel helpless. As she becomes an adult and becomes more involved in society, how will her child abuse and continued exploitation affect her? At this time, we are

2

carefully and constantly monitoring her for adverse signs of abuse. She is being monitored by a counselor in hopes to become and remain successful in the healing process. There is no telling how much counseling she will need. The sexual abuse itself is one aspect to heal from, but the other more challenging aspect is the simple fact that her abuse is forever available online.

Any person(s) caught with sexual images of our daughter deserves the most severe punishment allowed by the courts. By having our daughters' sexual abuses online, monsters will continue to exploit her, leaving her with a tremendous amount of pain to deal with. Those individuals must be held accountable for their decisions our daughter has a "lifelong" sentence of victimization and will need help to recover from the trauma.

I swear and affirm under penalty of perjury that the above statement is true.

Date: 06/01/2020         Signature: _____

# Exhibit 10 ("Sarah")

My name is "Sarah" and I am the subject of the "Marineland1" series.

I was tricked to "model" for a web cam and then sexually abused for the web cam starting when I was five and lasting until I was eleven. I was just a little girl and trusted this person when he said I was pretty and I should dance for the camera. Sometimes my abuser would wake me up in the middle of the night to take photos. The actions shown in the photos got progressively worse over the six year period, including various types of sexual penetration, and photos involving my pet. Part of this was performing in front of the web cam for a person I was told was a teen aged girl but who I found out later was a grown man. In addition to this, the photos were sent to "friends" of my abuser.

My original abuser is now in jail, but I have been left to grow up knowing that those images are still all over the internet. When I was originally notified that the images were out there, I was stunned beyond belief. I had pushed the abuse to the back of my mind. Now it is front and center and I know that the images are being constantly downloaded and used for perverted sexual pleasure. Now I cannot hide from it, I know that many more than just the people I am notified about are looking at the images. Every time someone looks at the images they are abusing me again for their pleasure! How many more are out there? When will I feel free from my abuse? It seems that this has been going on forever.

I have been unable to finish high school, get a GED, or find stable and ongoing gainful employment. I am scared to participate in the world. I have psychological problems that leave me in a static state of suspicion and often depressed. I live in a place with a lot of land around the house so I can feel "away" from everyone. I have outfitted my home in surveillance devices and I prefer not to go anywhere alone. I work hard to have a positive outlook and make changes in my life that will make things better in the future. But I still have nightmares and physical pain. At this point I am trying to participate in the world but don't know about being social like other people or finishing school or getting a long-term job. All the downloaders who followed me have forced me to pretty much withdraw from the world. Part of me feels powerless to do anything about it. I don't know of anything I can do to get the photos of me being abused off of the internet. It is like a constant cloud which hangs over me despite all of my efforts to find happiness. I have traveled down some different paths to find a release from the emotional pain. I still have not found this. Some might say I have been self-destructive. The one true pleasure I have in my world is my animals. They don't judge me; they only love me.

Since I have been unable to get a regular job I struggle financially, and I need to go to counseling which costs upwards of $100 every visit. I ask that the judge who sentences anyone who has had or traded my pictures require that downloader make restitution to make up for what I have lost. I have dreams of one day opening a day care business. I want to help children. I wish one day to have a job and feel safer being out in the world.

Thank you,

"Sarah" The Marineland1 series victim,

_____

Date: 3|15|21

# Exhibit 11 ("Cara")

VICTIM IMPACT STATEMENT of "CARA"

My name is "CARA" and I was sexually abused as a child by my biological father, who also photographed, and video recorded my sexual abuse. The images and videos of my sexual abuse are being circulated on the internet.

It makes me very uncomfortable to know images of my sexual abuse are circulating and that people are looking at it, doing who knows what while they are watching it.

It blows my mind that it's still going around after all these years. Technology has changed. I am now an adult and it happened to me when I was so little. I was a child. And people are still watching it.

It is always on my mind, that those images will always be circulating.

It's hard to explain how I feel. I know that I have accepted that the images of my sexual abuse were made and sent out there, and that it will always be circulating. But as a parent, I am cautious of my kids going anywhere. I don't trust anyone to take my kids because I know what my dad did to me and my friends. And I don't want that to happen to my kids.

I do notice that I don't connect with people. As a teenager, I was sexually active, and I didn't connect love with sex. It didn't connect for me.

Now, I am not connected with my husband. He does notice. We have our issues, and issues with intimacy. It has affected my relationship with my husband. It's probably why I am the way I am. I feel that because of what I went through, and how I know people are still looking at what happened to me that I am disconnected.

It has crossed my mind that my online exploitation has caused me to fear for my safety and the safety of others. A lot of people have asked me, but people don't like to talk about that stuff. The fact that I don't tell people, if I tell people, they are surprised by it, they judge me for it.

The thought of what happened to me grosses me out. I didn't understand what was happening as a kid, but now I do. It grosses me out that anyone would want to look at that.

Sometimes I understood he was taking videos of me when I was being sexually abused. But he would give me medicine to make me sleep and give me alcohol in my drinks. I didn't know the extent of the videos until it came to light. So, I was aware of some of it, but not all of it.

I do monitor my kids' access to internet and look at their internet history. They are not allowed to be on social media. My kids are allowed to access the internet and play games, but they are not allowed to go on chat sites.

I don't let my kids go anywhere else, unless I know the parents and trust them. I don't let them play outside. I don't let them go to neighborhood friends, unless I am there.

I have never taken any therapy. It was offered but I haven't taken the opportunity. I think I wasn't ready.  I think I would probably benefit to go therapy. I have realized that things that have happened to me, and what is still going on, have affected me in my life, and that I should talk to a therapist.

The things that have been affected in my life that I realize include my relationship with my husband, and also, I have really, really bad anxiety. I really don't like people. I don't like going into places, I don't like going into Walmart by myself. I have panic attacks and anxiety attacks.

Its other things that trigger the panic attacks and anxiety attacks, in particular being stressed out and overwhelmed. I saw a general practitioner and I was diagnosed with major depressive disorder. It is a combination of depression that anxiety that causes the panic attacks.

What happened to me as a kid and what continues to happen now with my online exploitation has caused my whole life to be a mess. I do have feelings of being worthless and being not good enough. I want to be alone; I don't want to be with anyone. I feel like anyone would be better without it.

Even though my dad sexually abused me, and put my sexual abuse online, he was sweet to me. I didn't know it was bad until I was told it was bad. It was uncomfortable.

My anxiety and depression pushed me back. I tried to go to school, I couldn't handle it. I have problems with my husband and we have our issues. Even me having a job, I was a stay at home mom for 8 years. I didn't have time for me because I had to be a mom.

I do get flashbacks. I look at my own kids and think, how could that happen? I think about the stuff that has happened to me when they are in the bath.

I have thought about the fact that someone might recognize me from my videos. One case in particular, I was a teenager and I was pulled over for speeding. They said there was a weird file on my name in the system.  The only thing was that I could think of was that I was protected by the FBI. Could you look up my dad's name and see what he did? Did they put my name and his together and think of something?

It is not something I have thought about a lot, over years. I did not want to be notified every single time someone in the world accessed or possessed images of my sexual abuse. I knew people were looking at it and I didn't want to know every time it

happened. It's depressing and sickening to know that people were looking at images and videos of my online sexual abuse when I was a little girl and that they were getting pleasure from it - my abuse.  But I need help and so I recognize that I need to ask for it. Now I want the people who take pleasure from my abuse to make up for that by helping me get the therapy I need.

I want people to know that just because this happened to me as a child, that it doesn't continue to prevent me from being a good mother and a worthwhile person as an adult. I am a person who deserves respect.

8/24/2021

Date

"Cara"

# Exhibit 12 ("Lily")

Your Honor,

I write to let you know how being a survivor of child sex assault material (CSAM aka child pornography) crimes is still affecting me despite the original hands-on trauma I suffered being years in the past.

I worry about being recognized still and about safety for my children and me. Even as an adult, when I hoped I would not be worrying about this anymore, people I have not seen since childhood still recognize me and say I haven't changed. I am still aware of the spread of the CSAM of me and how widespread and actively traded it still is. I am also aware that I still need to be very careful online as there are still people looking for information on what I am like now. Again, I really hoped that perpetrators would lose interest by the time I reached this age, but there are still things being posted across multiple platforms that indicate that it is still an issue.

Of course, there are ongoing court cases which affect me emotionally and cause distress. I wish there weren't any cases and that people had stopped downloading and sharing these images and videos, but it is still happening. While I have put buffers in place, such as my lawyer receiving victim notifications, I still receive multiple requests for information on an almost weekly basis and it is just really sad. It grieves me and it angers me. I've considered the alternative of not participating legally anymore, but that feels like it would bring much more grief because I would not be able to do anything to fight back anymore and the out-of-control feeling would be much worse. At least legal proceedings give me some action to take to advocate for myself, or rather, for the younger part of me whose terrible moments are captured in the imagery. It's what I can do, but it certainly takes a toll.

Grief, anger, disgust, nightmares, difficulty trusting people I don't know well, these are all things I feel or experience regularly when I think of the CSAM activity, which is daily. I feel that I have healed quite as thoroughly as one can, from the original abuse and I rarely think of it. What I do think about is who has seen these images of me and what have they done with them. Are they using them to harm or groom others? I know they have been used to make copycat versions of CSAM of me, but with other children here in the US and in other countries and it breaks my heart and makes me so angry. It makes me feel used constantly. It hurts how I view the public that so many perpetrators have been caught with these images. I also believe that it impacts my health because of how it affects my sleep and the emotional strain on my body most especially my nervous system. As I work and advocate against it, I also fear retaliation as there have been people in positions of power and prestige that have been caught with these images.

**Triggering**

I am still triggered by cameras and others photographing or recording me. Sometimes by public security cameras. Sometimes by webcams, which is especially difficult in this

age of zoom calls and telehealth. I get triggered by unknown callers calling me or people showing up at my house that I don't know (such as salespeople). I get triggered by some movies and shows that reference child sexual abuse or that sexualize children. I do try to avoid shows that do these things, but sometimes programs surprise me. I get triggered by news headlines about these subjects, which are frequent now.

I still have intrusive memories of seeing the images of myself in CSAM on the screen. These images can infiltrate my dreams. I have intrusive thoughts about how dark the world can be and how hard it is to keep children safe from so many people wanting to prey on children, especially in this age of technology and social media. Sometimes I just get really, really, angry about it and feel like there is nothing I can do. It's hard to talk about as well. Some days it makes me really sad, and that sadness just hangs over me all day. Some days I feel really anxious about it all day and have a sense of dread like something bad is going to happen.

I find myself checking my locks frequently, googling my name online, dissociating for a while in the form of zoning out, needing a friend to come over, not being able to sleep, and not wanting to be around people and so canceling plans even though I am naturally extroverted.

## Nightmares

I still have regular nightmares about naked/CSAM images of myself being spread across screens in an uncontrollable way. Sometimes in the dreams it will pop up on a screen and I will try to delete it and it will just multiply every time I try and spread more and more. These dreams bring up a feeling of panic, fear, and feeling like I have no control over the situation.

I also have regular nightmares about male intruders breaking into my house to harm me or kidnap me. In the dreams, these intruders are people who have viewed the CSAM of me and have become stalkers who want to do harm to me. These dreams also lead to feelings of panic, fear, and anxiety.

I still struggle with sleep. My body still goes into "fight" mode or a more hypervigilant state often at night. When I do sleep, I sleep so lightly that any noise wakes me up because my brain is still alert for danger.

## Dissociation

Dissociation is a symptom that I still have to fight whenever I am triggered or if my stress level gets too high. Sometimes, I don't notice that my stress level is getting too high until I start to dissociate. I do tend to dissociate more frequently at night, most commonly while getting myself ready for bed. Sometimes this happens while checking the mail from my mailbox. I think this is because of receiving the abundance of victim notifications years ago. I have worked in counseling about this, but it's a tricky thing for me to resolve. For me, dissociation looks like staring off into space while my mind

wanders to a period of time and feeling detached from my environment. Noises, like someone talking to me will snap me out of it, or I will come out of it on my own. Then, I have to check how much time has gone by. 10-15 minutes is pretty typical. 20-40 min is an occasional length. It does sometimes happen in public places like stores or gas stations when I get triggered. In those cases, I have usually been triggered by cameras or an uncomfortable interaction with a stranger. Once I realize that I have dissociated, I can use coping skills to get myself regulated again. However, while in a dissociated state, I am not aware that I am until I come out of it. Based on others who have observed me in this state, I've been told I look still, wide-eyed, scared, or sad, like I'm frozen in place. If I'm sitting, I'll have defensive body positioning, and I don't talk. When this happens and I'm not feeling present, it takes away from joys in life and negatively impacts my nervous system.

### Therapy

I have been able to stay with the same therapist for several years. Early on, I had trouble finding a therapist who was not overwhelmed by my issues and the fact that I continue to be a crime victim every day. Few therapists I have met understand what the experience is really like and many can bypass important things. I (and other survivors that have talked to) have spent a lot of time educating our therapists on the issue. Nevertheless, having found a therapist I can connect with, I have continued to be in therapy regularly. Utilizing therapy of different modalities including parts work (IFS), identity work, EMDR, Trauma focused CBT, narrative therapy, and somatic therapy have been the most helpful. Traditional CBT has not been as helpful, specifically with the CSAM issues, because the reframing tends to invalidate real fears and feelings about the situation.

### Knowledge of the circulation of my images.

Knowing that images and videos of my sexual abuse as a child continue to be distributed on the internet causes an unending grief. I believe survivors have a right to know about the circulation of their images and need to be given that self-determination. It feels like a part of myself is always caught up in this terrible circulating and painful loop. It makes it feel hard to rest all of the way. Sometimes I feel a bit haunted by it. Not a day goes by that I don't think about that, although I try to keep those thoughts limited. I still want to have compassion for the parts of myself that feel it and make some room for them. It is something that I am continually learning how to cope with, especially as each stage of life brings up different ways of thinking or feeling about it.

Yes, my experience now is different than my experience of it ten years ago. I had assumed that it would affect me less by now than it does. I am more conscious of the systems in the world that perpetuate cycles of exploitation and oppression that contribute to the spread of CSAM and I feel more angry now than I used to. I feel angry at more groups and systems. My kids are around the ages that I was when sexually abusive things happened to me including the creation of CSAM; seeing how innocent my children are makes me understand more -- not just how vulnerable I was--

but also even more how sickening it is that perpetrators view the images of me being sexually abused at those ages. It hits me harder emotionally. I have less patience and tolerance when speaking about these issues now. I get angrier when people don't get it. I feel less hope about my own CSAM situation getting better than I did a few years ago, although I still do try to feel hopeful that CSAM issues overall will get better in the future by being less available online and with children being better protected. I feel lucky to have been able to continue my education, albeit much more slowly due to the many symptoms I experience.  I also feel lucky to be in a position to help other survivors though I am tired of fighting so hard.

Thank you for reading this statement and I hope you will think of me when you make your decision.

Date: 3/22/23

Survivor, aka "Lily"

Your Honor and ladies and gentlemen of the court:

My daughter was raped and sexually abused in so many horrible ways, as a child, by ████████ ████. He also videotaped her abuse, as he ravaged, raped, and pillaged her 10 year old body. This sick man shared these repulsive pictures and videos of her on the internet for perverts like himself, to see. The sexual abuse she suffered at the hands of ████████, without a doubt, started her agonizing pain, but this is certainly not where her pain ends, or mine. Yes, the memories and trauma of her abuse still haunt her, and our family, but, now, there is a new abuser. The new abusers are the sick individuals who down load her pictures, and enjoy watching her being sexually assaulted as a child. This sickens me! Every time these pictures of my daughter are looked at and passed around, the depraved people doing this are furthering my daughter's pain, shame and abuse. They pass it around like some dirty magazine, when in fact it's the footage of an abused, helpless child. There are days when the pain from this is unbearable for me. These vile people increase her pain, and mine. These are certainly not the hopes and dreams I had for my little girl; this life of pain and shame. It is so terribly sad and painful, to watch her struggle with this. These awful people are raping my little girl all over again, by cruelly enjoying her pain and deriving some sick sexual pleasure out of it. The knowledge of this sends me into mourning; mourning the loss of my child's dignity and well being, and mourning the fact that she suffers such deep pain. I have watched her suffer so much already and it kills me. I have to watch her suffer still, at the hands of people wanting to view the nightmare of her abuse, as her innocence was being robbed. She was a child and helpless, and made to do disgusting things she did not want to do. Approval from ████████████ came only when she carried out his every dirty command. He posed her, insisted she say certain things, and made her force a smile as he was brutalizing her. When I think of my daughter being groomed and posed and make to feel so dirty in these perverted, and depraved pictures, and videos, it hurts me to the core. I wonder how there can be people that could actually enjoy watching my little girl getting raped, and sexually abused. I wish they knew how much it hurts, and how much they are worsening our pain. Knowing that these disturbing videos of her and her abuser are being viewed, and are continuing to foster this corrupt sexual behavior, bring a lot of pain, stress and shame to her. At the cost of here dignity, modesty, and innocence, people viewing those images of her, are furthering the terrible addiction of child pornography for themselves and others they pass it on to. Those images are not who my daughter is, or ever wanted to be, but because she was robbed of her innocence, forced to do ugly things, and it was videotaped, she is continually being viewed as someone she is not. She is in fact the opposite. These offenders are still victimizing and torturing her, bringing pain and shame every time they look at those images of her. As her mother, I share in this heartbreaking pain and the sadness this brings to me is unending. These viewers need to understand that there is a helpless little girl on the other side of these videos, whose innocence and childhood were shattered and viewing these things make them a part of the abuse, and unimaginable pain my daughter, and our family have to face all the time. Making viewing, and downloading child pornography is wrong and a crime. I hope everyone can know that child pornography is not a victimless crime by the statement I've shared with you about my daughter, and our family's constant pain and struggle.

Update 10/01/2010

Now as a young adult, my daughter's life is still very hard and she still struggles so much, due to her sexual abuse and it being constantly viewed.  I also struggle.  It is so devastating to know your child's life has been brutalized, and to make matters worse, it has been released to the public for any deviant, at the press of a button, to view and continue this sickening process of enjoying my daughter's pain.

Although, she is making progress and growing stronger, this still has a major grip on her life, as it also does on mine.  She has never had a boyfriend, due to trust issues and fear of relationships.  She does very well in college and is trying to open herself up more to her friends, and fellow students.  This is going to be a continuing process.  She feels like she is marked with a scarlet letter because of her victimization and rape, marking her with shame.  The pornographic images of her are out there continually being viewed, and will continue to be forever.

If I could quote my daughter in something she often says in describing how she feels about these people downloading her images….If you can imagine having a bad picture of yourself taken, one that you're really embarrassed about ….now picture yourself naked, being raped and abused and hurt at the age of nine or ten….your pictures of abuse at the hands of someone else are now being viewed for anyone to see at the touch of a button on a computer…..these viewers are even interacting with your images of abuse.  That is how she feels everyday……wondering who is going to see her next.

As I write this impact statement I find myself drained because of the emotional strain and pain that comes from reliving this horrible ongoing crime that terribly affects me and my family.  It's a huge sorrow every day of my life, and my daughter's life, knowing her images of abuse are being traded, viewed, and inter acted with, by sick people using her nine year old body as a sexual thrill. To know these perverted people want to partake in, and are excited about the horror of your child's little body being raped over and over again makes me sick!  These viewers know she is a child. They can very clearly see that. It makes no difference to them.  They're the reason my daughter and our family have to keep reliving this horror of her abuse because they keep it going.  They keep viewing it and passing it on to others.  She didn't have a choice….they do!!  Their choice is traumatizing my daughter and exploiting the broken pieces of her life.  These viewers made the choice to descend to the lowest degree and rape her with their eyes , and with their minds,  as she was being robbed of her innocence at 9 years old. I feel robbed every time I get notified of another case involving my daughter's images.  I feel like some part of her is being taken and used and abused every time I hear of another perpetrator.  Can you imagine how hard it is for her to regain her self esteem, dignity, and well being?  It confuses me that some people in powerful positions can believe this is a victimless crime…..not only is our daughter a victim, but our family is also.

As her mother, the sadness of what has happened to her and what is still happening to her is unending.  They say time is a healer of all wounds, but I have yet to feel this pain sub side.

Child pornography is a crime and those viewing it are committing a crime that always hurt the child or children who are involved.  It is destructive in every way to the viewer as well. This crime needs to have severe consequences because of the devastating pain, fear, and shame it causes children.  This pain

does not end for the child or their families, but continues on for the rest of their lives. I wish I could take away my daughter's pain and give her back what has been stolen from her. I cannot, but I am asking for accountability from the individuals who have hurt her and are continuing to hurt her. For my daughter and countless others who are victims of such a terrible and painful crime; please grant us justice today!

Sincerely,



To whom it may concern,

My family has endured five years, to date, of a living hell because of the selfish, perverted actions of a very sick and evil individual. My daughter lived with this pain and trauma for six years prior, unable to tell anyone because of the fear she had for                               . We thought we were dealing with one "bad apple", but as time goes by we are finding that there are more and more of these sick individuals that are viewing, and sickly satisfying their awful desires.

We still have the haunting memories of the letters in the mail, and emails letting us know of all the individuals that are being prosecuted because they have our daughter's images, child pornographic images, on their computer. We don't receive the notices anymore, the pain and gut wrenching reminder of receiving enough notices to over flow a 55 gallon drum is more than my family can take. It's also unfathomable to know there are so many perverts in this country and around the world. It sickens me and hurts me to the core knowing that so many perverts are viewing my little daughter as she was made to dress up like a hooker, and is molested and raped time and time again. I am heartbroken knowing that I couldn't protect my daughter. The letters and emails brought that pain up again and again and I couldn't deal with that, knowing her innocence has been torn away and now how she is continually reminded that her pictures will be there forever! This father's heart is broken.

My daughter carries her shame like a scarlet letter. She knows that if a friend or acquaintance looks her up on the internet they are going to find the ugly, horrible, awful history that eats away at her self-esteem and paralyzes or inhibits her ability to function at school and as a normal young adult. She knows that this is the challenge that she has to live with, but the horrible trauma continues to take its toll on her body and soul. The constant reminder that her pictures are out there brings forward the guilt and shame, which cause nightmares and makes her want to isolate herself from others. Each time she hears about these cases she looks so strong on the outside, but when you sit and talk with her you see the pain, you hear the struggles and feel the sadness, despair and the emotional drain that it causes.

My family is asking for Justice with each case that is brought forward with these perverted individuals. We are hoping and praying that they can understand how wrong they are and how hurtful their actions are for each victim in the pictures and videos on their computers. We want them to know that they have a choice to decide to view the images, or not, and because they have chosen to view these child pornographic images they are victimizing each child viewed... bring back the pain and suffering these children have already had to endure. Our Justice System needs to protect these children from the preying eyes and hands of these perverts, because they can't fight back, or don't know how to. Our Justice System needs to understand that there is a victim in each of these images, and each time a picture is downloaded these children are victimized again and again. Please help these perverted individuals understand the significance of what they are doing and how each child is a victim because each child has done nothing wrong.

My daughter is the strongest person that I know and I am so proud of her. It is extremely sad to see how this horrible situation continues to beat her down emotionally and physically. She still has trouble sleeping due to nightmares of the horrible trauma she went through, and also of new people finding out

who she is, or unknown people finding her and abusing her. She also has severe stomach aches and headaches that incapacitate her, causing her to miss school and work. I pray that she can heal from the trauma that her████████████ did to her and from the constant reminders that each of these sick individuals bring with each download. I also pray for the rest of my family. The crimes against my daughter have had untold effects on our other children, my wife and myself. This "living hell" that I first mentioned is a day-to-day ordeal that can raise its ugly head at the most in-opportune times. Like my daughter, we are sometimes paralyzed by the trauma that comes from being the parents of a sexually abused child. The sad fact is this doesn't end, because my daughter's images will be out on the internet forever, continually reminding her and us of how fragile we all are. The internet is such a powerful tool, but child pornography, and how it perpetuates the re-victimization of children is an extreme consequence to our society as a whole, but specifically to our vulnerable children.

Our society views our children as precious little gifts that we should love and protect. Some sick, perverted individuals use the internet as their evil play ground to share and use in their sick, fantasy world. They choose to do this. They choose to push the buttons. They make a decision to download and view.  Actions sometimes have consequences, and when actions like this happen the consequences should be powerful and lasting. Give my daughter her justice, so that she may completely heal some day.

Respectfully,



Exhibit 13
("John Doe 2")

## STATEMENT OF JOHN DOE II

I am a young man, John Doe II, who is a victim of child sexual abuse and child pornography.   My life will never be the same because of this abuse.   Unfortunately, the pictures of the abuse continue to be shared throughout the world.  I am angry that these photos are still out there.

The sexual abuse began when I was only nine years old and I was placed in a home.  I lived with five other boys in the house.  Under the sexual abuser's care, I was both sexually assaulted and photographed by him on almost a daily basis.

The sexual assault and abuse I experienced were really awful sex acts, including oral and anal rape, urination, and masturbation. My abuser photographed hundreds of graphic sexual photographic pictures of us and shared these pictures on the internet with like minded perverts.

I was asked, well how did this particular abuser victimize me?  Each time someone downloads the pictures showing me being raped and abused I picture some pervert masturbating from my pain.  Each victim notification envelope represents someone who sexually enjoys seeing me hurt. from me and that these images are still being traded. How can I escape them?

This is not Napster, where people pirated music for free. It's not bootlegging a movie released in the theater.  When people are caught downloading music and movies illegally, they are fined in order to protect the musicians and actors.  This ensures the actors and their backing corporations are paid and protects those industries by deterring others from criminal activity.

No, the distribution of child pornography is considerably worse than illegal downloading music or bootlegging movies.  Listening to music is legal and is enjoyed and accepted in our culture.  Child pornography is a sick and messed up world where children are sexually abused for the pleasure of an adult.  Who is protecting me from this vicious cycle?

I don't know what the future will hold.  This makes me angry and sad to think that someone else is profiting off of my pain.  Currently, I have difficulty maintaining a job.  If I apply for a job that needs a background check, I am worried that these pictures will surface.  What if someone recognizes me, what if someone finds out?

When a market exists for child pornography, it will continue.  I am constantly victimized, knowing the awful truth that I can never escape these photos.  I know I need counseling and help.  My life continues to get worse, not better.  My abuser stole my childhood and each of these defendants, who posses pictures of my abuse, steal my life.  Each of these defendants keeps the cycle going by keeping the pictures circulating. I do not think I will ever fully heal until these graphic pictures are removed from the internet.  Until then, this painful cycle continues.

Sincerely,  John Doe II

# Exhibit 14
# ("John Doe 3")

<u>VICTIM IMPACT STATEMENT FROM THE MOTHER OF JOHN DOES III, IV, AND V</u>

I am the adoptive mother of three boys, John Does III, IV, and V, who were victims of sexual abuse and child pornography. John Doe III is currently 19 years old. John Does IV and V are twins and are currently 17 years old.

This horrible nightmare began when the boys were young. In 2002, the boys were only 6 and 4 when they were removed from their biological parents due to abuse and neglect and placed elsewhere. In September of 2003, the boys were placed with a man, "Stu", who ended up abusing them. This placement is where our family's true nightmares began.

While under Stu's care, all three boys were sexually assaulted and exploited by this deviant. He began sexually assaulting the boys shortly after their arrival. He would remove the boys from their beds, carry them into his bed, and molest them throughout the night. Sometimes he would rape them in their own beds. This house was not a home; it was a house of horrors.

Along with my boys, there were several other boys in and out of Stu's house. Stu took nearly 800 graphic sexual photographic images of the boys and shared these disgusting images throughout the internet with other perverts. These pictures depicted a wide range of sexual activities including photographs of the boys being sexually molested by Stu and the boys in sexual activities with one another. These images included oral sex, anal sex, masturbation, urination, sexual pleasure from feces, and even brother with brother. The children were small, and the man was big – the photos are shocking and horrific. Every single one of these photographs invokes a memory of what should never have been, permanent reminders of perverted sexual victimization.

These assaults were so horrendous and so terrible; I had hoped and prayed that our boys would never have to relive these nightmares again. Unfortunately, I was wrong.

Every time a deranged pervert posts and reposts these graphic images of my sons, our nightmare occurs again and again.  For I know that someone is deriving sick sexual pleasure from viewing pictures of my sons being raped.  Every time that another pervert gets caught with my sons' images, the nightmare occurs all over again, and again, and again.  Unfortunately, with this, the healing process will never be complete.

These pornographic images will always hang over my children's heads and follow them throughout life like a dark cloud.  This nightmare could end if these perverts were to stop sharing these photographs but they do not.  Instead, they continue to exploit my sons' rapes and abuses by sharing these photographs with other like minded perverts while obtaining their own sexual gratification.  The more these photographs are disseminated throughout the internet, the greater the chance that my sons' friends and acquaintances could find out about their abuse, victimizing my sons over and over again.  I know my sons deserve better than to live under these shadows of fear, undeserved guilt, shame, and self-loathing.

Since my sons became victims, both initially and now, our family has had to learn a lot about this other world, the world of child pornography.  What message do we send by not punishing these perverted voyeurs if we do not give them the maximum penalty that the law allows?  That it is acceptable in our society to continue to spread explicit photographs of children being raped and exploited?  At a bare minimum, the defendant should compensate my sons for taking advantage of their abuse, as well as keeping these horrendous photographs alive and actively traded on this seemingly indestructible network of child pornography.

In days gone by, photographs such as these would be destroyed, burned into ash.  My children's memories of the horrors visited upon them could dim over time and healing could truly take place.

With people such as this defendant, actively seeking, purchasing, collecting, trading, and gratifying themselves with these horrific depictions of child rape, memories of these events are kept alive and nourished by his vile sickness of human spirit.  A victimless crime?  Hardly.

People may think, that the only victim of child pornography is the child himself and that the viewing of the pornography is remote in time, distance, and proximity from the child rapes themselves.  My entire family is a victim of this child pornography.  Our children are certainly impacted by the knowledge that other people are enjoying themselves with pictures of our children's rape and torment.  I am likewise stressed to no end with helpless fury at the thought of what these people are doing with these photographs of my kids.  Every time our family learns of another case our hearts sink once more.  Will the torment ever end?

Sincerely,

The mother of John Doe's III, IV, and V

Exhibit 15
("John Doe 4")

## 8 KIDS SERIES – JOHN DOE IV VICTIM IMPACT STATEMENT

My name is John Doe IV and I am a victim of sexual abuse and child pornography.

When I was young I was taken from my parents because they used drugs. My brothers and I were brought to "Stu's" house. While I was living with Stu, Stu sexually abused me and my brothers. I know that the pictures are awful and feature me being sexually abused by Stu and the other boys. I was also told that I am in the most pictures that Stu took, which must mean I was his favorite. I was only five when Stu abused me. I should have been playing with trucks at that age instead of being sexually abused.

I currently live at home and spend a lot of time there. My social life has been heavily impacted because I really do not like to be away from home a lot. Sometimes when I walk down the sidewalk I think people are staring at me. I do not have a girlfriend and I do not have many friends. I am scared that the friends that I do have will find out what happened to me.

I am not sure what I am going to do with my life. I think about suicide sometimes. I wish I could have a normal life.

I have been told that there is no way to stop these pictures from being traded on the internet. This makes me so angry because the trading of pictures of me will never go away. I will always be on someone's computer or phone, with someone enjoying looking at pictures of me being hurt. I would like to erase these thoughts from my head but I can't. Most of the time I feel helpless and alone.

Thank you for listening to me.

John Doe IV

# Exhibit 16
# ("John Doe 5")

## 8 KIDS SERIES – JOHN DOE V VICTIM IMPACT STATEMENT

My name is John Doe V. I am a victim of sexual abuse and child pornography. I am trying to do something with my life but it is hard.

My struggles began when I was young. My brothers and I were removed from our biological parents due to abuse and neglect when we were young. We were put with a man, "Stu", who severely sexually abused us. I don't remember much about Stu or the abuse itself since I was only five when it happened.

My adoptive mom said I received counseling for the abuse. That should have been the end to the horrible things that happened to me at Stu's house.  Unfortunately my torture was far from over. I am told that Stu took over 900 graphic photographs of us being sexually abused. These pictures include us being raped in various ways and pictures of us masturbating each other, including with Stu. These pictures were spread all over the world through the internet. I am in many of those pictures being traded on the internet. Other men are looking at pictures of me being abused as a kid. It makes me feel terrible when I think about it. I get sick thinking what they do to themselves when they are looking at pictures of me being abused.

I often like to hide under my covers and play video games to escape from my world. I do not want anyone to see me. I am scared that someone I know will see these pictures. I get angry and freak out if I think about it too much. I try to push these thoughts out of my head but it is hard. I don't think about the future. I don't see myself being anything. I think about killing myself. I don't like to be out in public with other people so I mostly stay at home.

Sincerely,

John Doe V