E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
    U.S. ATTORNEY'S OFFICE
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:     (714) 338-3500
    Facsimile:     (714) 338-3561
    E-mail:        melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 23-27-DOC |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESTITUTION |
| v. | Hearing Date: December 18, 2023 |
| RICHARD O'CONNOR, | Hearing Time: 7:30 a.m.<br>Location:     Courtroom of the<br>              Hon. David O. Carter |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Melissa Rabbani, and defendant Richard O'Connor ("defendant"), both individually and by and through his counsel of record, Josef Sadat, hereby stipulate as follows:

    1.    On February 21, 2023, defendant signed a plea agreement and agreed to plead guilty to one count of possession of child

pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).  Dkt. 6.  Defendant entered his plea on May 15, 2023.  Dkt. 22.

2. In the plea agreement, defendant acknowledged that he would be required to pay full restitution to the victims of the offense to which he pled guilty, as well as the victims of any relevant conduct in connection with that offense.  Dkt. 11.

3. The government has received requests for restitution in this case from 16 individuals: "Dipper," "Jack," "Jessy," "Chelsea," "April," "Jenny," "Andy," "Maria," "Violet," "Sarah," "Cara," "Lily," "John Doe 2," "John Doe 3," "John Doe 4," and "John Doe 5."  The parties agree that all 16 of these individuals are "victims" in this case, meaning that each is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, as provided in 18 U.S.C. § 2259(c).

4. Defendant has agreed to pay full restitution, in the amount of $50,000, on or before December 18, 2023, in the form of a cashier's check payable to "Clerk, U.S. District Court," with the case name and number on the "memo" line.  The check shall be delivered to the Fiscal Department of the United States District Court, 255 East Temple Street, Room 1100, Los Angeles, California 90012.

5. Defendant agrees that no payment shall be made directly to any victim.

6. The parties agree that restitution shall be apportioned as follows:

    a. "Dipper": $3,000

    b. "Jack": $3,000

|    |    |    |    |
|----|----|----|----|
| 1  | c. | "Jessy": $3,000 |
| 2  | d. | "Chelsea": $3,000 |
| 3  | e. | "April": $3,000 |
| 4  | f. | "Jenny": $3,000 |
| 5  | g. | "Andy": $5,000 |
| 6  | h. | "Maria": $3,000 |
| 7  | i. | "Violet": $3,000 |
| 8  | j. | "Sarah": $3,000 |
| 9  | k. | "Cara": $3,000 |
| 10 | l. | "Lily": $3,000 |
| 11 | m. | "John Doe 2": $3,000 |
| 12 | n. | "John Doe 3": $3,000 |
| 13 | o. | "John Doe 4": $3,000 |
| 14 | p. | "John Doe 5": $3,000 |

7. The parties agree that each of the amounts set forth above is a reasonable and appropriate amount of restitution to be paid to each victim.

IT IS SO STIPULATED.

Dated: December 11, 2023

/s/ *Melissa S. Rabbani*
MELISSA S. RABBANI
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: December 11, 2023

/s/ *Josef Sadat*
JOSEF SADAT

Attorney for Defendant
RICHARD O'CONNOR

Dated: December 11, 2023

/s/ *Richard O'Connor*
RICHARD O'CONNOR
Defendant