E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
    U.S. ATTORNEY'S OFFICE
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:    (714) 338-3500
    Facsimile:    (714) 338-3561
    E-mail:       melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 23-27-DOC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING RESTITUTION |
| v. | |
| RICHARD O'CONNOR, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Restitution filed by the parties in this matter on December 11, 2023. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that support good cause, and hereby ORDERS as follows:

1.  The individuals identified as "Dipper," "Jack," "Jessy," "Chelsea," "April," "Jenny," "Andy," "Maria," "Violet," "Sarah," "Cara," "Lily," "John Doe 2," "John Doe 3," "John Doe 4," and "John

Doe 5" are victims in this case, meaning they are individuals harmed as a result of a commission of a crime under Chapter 110 of Title 18, as provided in 18 U.S.C. § 2259(c).  The Judgment and Commitment Order in this case shall reflect these 16 victims.

    2.   A reasonable and appropriate amount of restitution to be paid to the victims is as follows: $3,000 in restitution to each of victims "Dipper," "Jack," "Jessy," "Chelsea," "April," "Jenny," "Maria," "Violet," "Sarah," "Cara," "Lily," "John Doe 2," "John Doe 3," "John Doe 4," and "John Doe 5," and $5,000 in restitution to victim "Andy."  The Judgment and Commitment Order in this case will reflect these restitution amounts.

    3.   All restitution payments must be made payable to "Clerk, U.S. District Court," and identify the case name and number on the "memo" line.  All payments shall be delivered to the Fiscal Department of the United States District Court, 255 East Temple Street, Room 1100, Los Angeles, California 90012.

    4.   Defendant shall pay the full amount of restitution on or before December 18, 2023.

    IT IS SO ORDERED.

_____      _____
 Date                                                           HONORABLE DAVID O. CARTER
                                                                UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Melissa S. Rabbani*
MELISSA S. RABBANI
Assistant United States Attorney

2