**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**RICHARD O'CONNOR**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO.: 8:23-CR-00027-DOC |
| ) | |
| Plaintiff,    ) | DEFENDANT'S EX PARTE |
| ) | APPLICATION FOR ORDER |
| vs.    ) | SEALING DEFENDANT'S |
| ) | OBJECTIONS TO THE |
| RICHARD O'CONNOR,    ) | PRESENTENCE INVESTIGATION |
| ) | REPORT AND SENTENCING |
| Defendant.    ) | POSITION AND EXHIBITS; |
| ) | DECLARATION OF JOSEF SADAT |

TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE, AND TO

ASSISTANT UNITED STATES ATTORNEY, MELISSA RABBANI:

  Defendant's counsel, Josef Sadat., hereby applies EX PARTE for an ORDER that

DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT AND

SENTENCING POSITION AND EXHIBITS, be filed under seal.


DATED: Dec. 8, 2023    LAW OFFICE OF JOSEF SADAT

        By: /s/ Josef Sadat_____
           JOSEF SADAT, Esq.
           Attorney for Defendant,
           Richard O'Connor

-1-

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Order Sealing Defendant's Objections to PSR and Sentencing Positions and Exhibits
CASE NO.: 8:23-CR-00027-DOC

## DECLARATION OF JOSEF SADAT

Josef Sadat hereby declares:

1. That I am the attorney of record for Defendant, Richard O'Connor. The matters contained herein are true within my own personal knowledge and if called to testify to same, I could and would competently do so.

2. Declarant requests to seal the Defendant's Objections to the Presentence Investigation Report and Sentencing Position and Exhibits because it discusses Defendant's private medical records as well as confidential information surrounding his three minor children.

3. Defense counsel notified AUSA Melissa Rabbani of this request on December 7, 2023 and she stated that she has no objection.

I declare the foregoing to be true and correct under the penalty of perjury. Executed at Los Angeles California on Dec. 8, 2023.

\s\ Josef Sadat
Josef Sadat

-2-

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Order Sealing Defendant's Objections to PSR and Sentencing Positions and Exhibits
CASE NO.: 8:23-CR-00027-DOC