```
1    JOSEF SADAT (282485)
2    9595 WILSHIRE BLVD., SUITE 900
     BEVERLY HILLS, CA 90210
3    OFFICE: (310) 300-8435
     CELL: (310) 709-6291
4    FAX: (310) 300-8401
5    josadatcriminaldefense@gmail.com
     Attorney for Defendant,
6    RICHARD O'CONNOR
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 8:23-CR-00027-DOC |
| Plaintiff, | [PROPOSED] ORDER SEALING DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT AND SENTENCING MEMORANDUM AND ATTACHED EXHIBITS |
| vs. | |
| RICHARD O'CONNOR, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The Defendant's request to seal the Defendant's Objections to the Presentence Investigation Report and Sentencing Position and attached Exhibits is hereby GRANTED.

IT IS SO ORDERED.

_____          _____
DATE                             HONORABLE DAVID O. CARTER
                                 UNITED STATES DISTRICT JUDGE

United States of America v. Richard O'Connor
[Proposed] Order to Seal Defendant's Sentencing Memorandum and Attached Exhibits
CASE NO.: 8:23-CR-00027-DOC