E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
     U.S. ATTORNEY'S OFFICE
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3561
     E-mail:    melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>RICHARD O'CONNOR,<br><br>            Defendant. | No. SA CR 23-27-DOC<br><br>SUPPLEMENTAL VICTIM IMPACT STATEMENT<br><br>Hearing Date:  December 18, 2023<br>                         7:30 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Melissa Rabbani, hereby submits an additional written impact statement the government has received related to the child pornography possessed by defendant Richard O'Connor.

This impact statement is submitted by "Lily" of the HG1 series. The government received this impact statement on December 13, 2023,

after the government filed its sentencing memorandum and other victim impact statements on December 11, 2023.

Dated:  December 17, 2023				Respectfully submitted,

							E. MARTIN ESTRADA
							United States Attorney

							MACK E. JENKINS
							Assistant United States Attorney
							Chief, Criminal Division


							 */s/ Melissa S. Rabbani*
							MELISSA S. RABBANI
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

2

## VICTIM IMPACT STATEMENT – "LILY" OF "HG1" SERIES

Hi, my name is "Lily;" I'm now 20 years old. I am a student at a large university studying Psychological Sciences and Biochemistry with the hopes of becoming a Physician Assistant when I graduate college.

When I was 15, I was exploited by a serial online predator from the United Kingdom. He manipulated me into sending thousands of images and videos in order to profit off of my exploitation. After about a week of constant harassment, I could not take it anymore and cut all contact to escape the torture. Because I ignored and blocked him, he images of me to the dark web, which then ended up on platforms like Facebook, YouTube, Twitter, Reddit, Instagram, and pornography websites. These child abuse materials were duplicated and distributed thousands of times before law enforcement could take some of it down. There would be days where I would report the content and it would take weeks before anything was done, if at all. Content is still being shared to this day.

After the content was posted to social media, I deleted all of my accounts, left my school, and moved to an online schooling platform. I could not bear to face everyone at my school, many of whom saw the images of my victimization. I lost a lot of friends during this time, and I hardly left my parents' house for about a year. I never felt safe in my house because I was reminded of what happened, but I also could not leave in fear that I would be recognized. I was also receiving messages from strangers saying that I was "disgusting," a "whore," that I should be "ashamed of myself," and that I "should kill myself." I took this to heart.

Once I made the decision to leave school, my mom quit her job to stay home with me and make sure that I didn't harm myself. She would sleep with me every night and we would read together. My relationship with my siblings was significantly harmed, where my sister left home prematurely and my brother and I stopped talking.

A month after I left school, I decided to go to therapy. I dyed my hair and got different colored glasses to avoid being recognized. I remember feeling isolated because my therapist couldn't help me enough, or really at all. I couldn't look at certain innocuous objects because they would remind me of images the predator sent me of other children being abused to convince me that what was happening was normal.

About a year later, I went to a championship basketball game for my old high school. Halfway through the game, the other team held up a sign with a picture of me with my brother and the text read "We love our brother." They then proceeded to chant my name. I was horrified, trying my hardest not to cry. I realized how widely the images had spread. After this, I isolated myself even more.

When it was time to think about college, I knew that I wanted to move as far away from home as possible. This led me to move across the country, where I thought I would be able to escape from the past. I thought about changing my name, so I wouldn't be identified, but decided to just go by a different nickname because I think people would still be able to find me even if I changed my name.

My inability to be on social media makes me feel disconnected from my peers, and people in school have questioned why I am not on social media. At school, I struggle to meet new people, anxious that they

know about my victimization and are judging me. I also keep myself busy to avoid thinking about the past, by spending much of my time doing schoolwork, involving myself in clubs, internships, and going to the gym. With the friends that I do have, I'm constantly making sure that I do not upset anyone because I am afraid that my friends will leave me if I do something wrong.

Recently, I experienced an incident where a stranger reached out to my place of work at school asking if I worked there. My workplace called me asking if I knew this man, and I eventually had no choice but to explain to them what happened to me when I was 15. This stranger then tried to contact me through my school email saying, "I have seen stuff circulating of you and would like to see if there's an opportunity." This was followed by "I've got some vids of you doing some strange stuff, wanna talk about it?" And lastly, "Imagine if these vids got into the wrong hands, would ruin a career and have prison time." I don't know how he got my information. I have to live with the fact that my name and child abuse materials are out there, traded among predators.

The National Center for Missing and Exploited Children emailed my mother in March of this year: "We do routinely search her name to try to find this content and notify the company of its existence, so know that we are here right alongside with you trying to get the content removed as quickly as we can." I didn't realize that they were still removing content as I avoided looking myself up to protect myself from spiraling. It upsets me and makes me feel like I'm reliving the trauma when I see images of my victimization online, especially when I know there is a team constantly taking content down.

As for my future, I don't like to plan too far ahead because I know how quickly your life can change. This event and the constant reminders of it have influenced my decision to not go to medical school, to not have children, and to not live anywhere near where I grew up. I don't want to have to have my life taken away from me again or harm others that are associated with me.

I just wish I could be a normal person again and I don't know if I'll ever get that life back.