UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   SA CR 23-00027-DOC                                             Date: December 18, 2023

Present: The Honorable:   DAVID O. CARTER, United States District Judge

Interpreter   None

| Karlen Dubon | CourtSmart | Melissa Sedrish Rabbani |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Richard O'Connor | X | | X | **Josef Sadat, Retained** | X | | X |

**Proceedings: SENTENCING**

    Also present, USPO Leslie De LA Torre.

    Case is called.

    Sentencing is CONTINUED to February 5, 2024, at 2:00 p.m.

**cc:** USPO

                                                  : 12
Initials of Deputy Clerk   kd