UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: **SA CR 23-00027-DOC**  Date: **February 5, 2024**

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Deborah Parker | Melissa Sedrish Rabbani |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) RICHARD O'CONNOR | X | | X | Josef Sadat, Ret. | X | | X |

**PROCEEDINGS:** SENTENCING

Also present, USPO Leslie De La Torre.

Case is called.

The Court ORDERS portions of the transcript for these proceedings SEALED.

Sentencing hearing is held.

Detailed Judgment and Commitment Order to issue.

**cc: USPPO, BOP, FISCAL**

1:11
**Initials of Deputy Clerk** kdu