**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**RICHARD O'CONNOR**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 8:23-CR-00027-DOC |
| ) | |
| Plaintiff, ) | DEFENDANT'S EX PARTE |
| ) | |
| vs. ) | APPLICATION TO ALLOW DEFENSE |
| ) | COUNSEL TO OBTAIN A |
| RICHARD O'CONNOR, ) | TRANSCRIPT OF THE DETENTION |
| ) | |
| Defendant. ) | HEARING |

TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE, AND TO

ASSISTANT UNITED STATES ATTORNEY, MELISSA RABBANI:

Defendant's counsel, Josef Sadat, hereby applies EX PARTE for an ORDER to allow defense counsel to obtain a transcript of the sentencing hearing in the above-captioned case held on February 5, 2024.

DATED: Feb. 5, 2024          LAW OFFICE OF JOSEF SADAT

By:     /s/ Josef Sadat_____
JOSEF SADAT, Esq.
Attorney for Defendant,
Richard O'Connor

–1–

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Order to Obtain Sentencing Transcript
CASE NO.: 8:23-CR-00027-DOC

### DECLARATION OF JOSEF SADAT

Josef Sadat hereby declares:

1.    That I am the attorney of record for Defendant, Richard O'Connor. The matters contained herein are true within my own personal knowledge and if called to testify to same, I could and would competently do so.

2.    In order to obtain a full transcript of the Sentencing Hearing in this case, defense counsel needs an Order to be issued by this Honorary Court allowing for its release. Defense counsel notified AUSA Melissa Rabbani of this request on February 20, 2025 and she stated that she has no objection. I declare the foregoing to be true and correct under the penalty of perjury. Executed at Los Angeles California on Feb. 20, 2025.

\s\ Josef Sadat
Josef Sadat

-2-

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Order to Obtain Sentencing Transcript
CASE NO.: 8:23-CR-00027-DOC