**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**RICHARD O'CONNOR**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.: 8:23-cr-00027-DOC** |
| **Plaintiff,** | **[PROPOSED] ORDER ON DEFENDANT'S EX PARTE APPLICATION TO OBTAIN A COPY OF THE TRANSCRIPT OF THE SENTENCING HEARING** |
| **vs.** | |
| **RICHARD O'CONNOR.** | |
| **Defendant.** | |

Court has read and considered Defendant's Ex Parte Application to allow defense counsel to obtain a copy of the transcript of the sentencing hearing in the above-captioned case.

FOR GOOD CAUSE SHOWN, the full transcript of the sentencing hearing dated February 5, 2024 may be released to defense counsel.

IT IS SO ORDERED.

_____
DATE

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

-1-

United States of America v. Richard O'Connor
[Proposed] Order on Ex Parte Application to Release Transcript
CASE NO.: 8:23-cr-00027-DOC

United States of America v. Richard O'Connor
[Proposed] Order on Ex Parte Application to Release Transcript
CASE NO.: 8:23-cr-00027-DOC