# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 8:23-cr-00027-DOC |
| Plaintiff, | ) ORDER ON DEFENDANT'S EX PARTE APPLICATION TO OBTAIN A COPY OF THE TRANSCRIPT OF THE SENTENCING HEARING [49] |
| vs. | |
| RICHARD O'CONNOR. | |
| Defendant. | |

Court has read and considered Defendant's Ex Parte Application to allow defense counsel to obtain a copy of the transcript of the sentencing hearing in the above-captioned case.

FOR GOOD CAUSE SHOWN, the full transcript of the sentencing hearing dated February 5, 2024 may be released to defense counsel.

IT IS SO ORDERED.

February 26, 2025
DATE

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

cc: Deborah Parker <pdeborah157@gmail.com>

-1-

United States of America v. Richard O'Connor
Order on Ex Parte Application to Release Transcript
CASE NO.: 8:23-cr-00027-DOC