*United States Probation & Pretrial Services*

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT

04/03/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 8355911

███████████████

**Passport Receipt**

Defendant Name: Richard O'Connor

Name on passport, if different: Richard John O'Connor

Country of Origin: U.S.A.

Date passport issued: 02/27/2018

Expiration date of passport: 02/26/2028

Ordered by court in the Central District of California or Southern District of California

Docket Number: 8:23-CR-00027

_____        4/3/22
Surrendered By                          Date

Daldynd Ecklund  Dulyer Eclad            4/3/23
Received By                             Date

_____        _____
Returned To                             Date

_____        _____
Returned By                             Date

Purpose Returned _____
Address (if mailed)

Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Suite 4170, Santa Ana, CA 92701-4596 / 714-338-4550 phone,
714-338-4570 fax