**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**RICHARD O'CONNOR**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 8:23-CR-00027-DOC |
| Plaintiff, | |
| vs. | DEFENDANT'S EX PARTE |
| | APPLICATION CLARIFYING THE |
| RICHARD O'CONNOR, | NUMBER OF VICTIMS |
| Defendant. | |

TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE, AND TO

ASSISTANT UNITED STATES ATTORNEY, MELISSA RABBANI:

Defendant's counsel, Josef Sadat, hereby applies EX PARTE for an ORDER clarifying the

number of victims in the above-captioned case.

DATED: April 18, 2025          LAW OFFICE OF JOSEF SADAT

By:     /s/ Josef Sadat_____
JOSEF SADAT, Esq.
Attorney for Defendant,
Richard O'Connor

–1–

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Alleged Victim Clarification
CASE NO.: 8:23-CR-00027-DOC

## DECLARATION OF JOSEF SADAT

Josef Sadat hereby declares:

1.   That I am the attorney of record for Defendant, Richard O'Connor. The matters contained herein are true within my own personal knowledge and if called to testify to same, I could and would competently do so.

2.   Prior to sentencing, and following the recommendations of the PSR in this case, Mr. O'Connor entered a stipulation on December 11, 2023 to pay criminal restitution in full. Mr. O'Connor, as a sign of good faith and in light of strategic mitigating factors including but not limited to 18 U.S.C. Sec. 3553(a)(7)), paid said criminal restitution in full on or around December 14, 2023.

3.   On February 5, 2024, the Defendant was sentenced. At sentencing, in light of a unique iCloud/Application issue that had arisen in the case, the government entered a stipulation with the Defense that the Defendant ultimately only possessed a total of two videos and one image.

4.   This Honorable Court "agreed" with and "adopted" said stipulation at sentencing on February 5, 2024, in the process determining that the Defendant possessed at least 150 images but fewer than 300 images (i.e. two videos and one image).

5.   On or around March 26, 2025, the civil attorneys representing Mr. O'Connor in the related case of *Jenny et al v. Richard O'Connor* (Case No: 8:24-cv-02045-DOC-DFM) informed defense counsel that a hearing had recently been held on the matter where this Honorable Court wanted clarification from defense counsel and/or the AUSA Office as to the appropriate number of victims in the above-captioned case.

6.   On April 3, 2025, defense counsel emailed AUSA Melissa Rabbani inquiring as to the identifying information/specific representative(s) of the victim(s) in the two videos and one image of child pornography that Mr. O'Connor possessed.

-2-

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Alleged Victim Clarification
CASE NO.: 8:23-CR-00027-DOC

7.   On April 4, 2025, Ms. Rabbani informed defense counsel via email that there was not an easy way to determine whether the named victims who have sought restitution were depicted in the charged files (i.e. the two videos and one image) or in other files that had been backed up to the iCloud account.

8.   On April 17, 2025, Ms. Rabbani sent a follow-up email that victims have been identified in the two videos that were charged in the information/Defendant was found at sentencing to have possessed (as to the image of child pornography charged and possessed by the Defendant, no victim has hitherto been identified). The two victims in the two videos are referred to as "Floor Baby1 Series," and "Lars Series."

9.   Ms. Rabbani further stated that, "We did not receive a restitution request from any Floor Baby1 or Lars victim. Again, my position is that the victims in this case include the victims identified in all of the images/videos Mr. O'Connor possessed, and not just the three that were charged.  I don't take any position on the pending civil case, however."

10.   Given that it was stipulated at sentencing on February 4, 2024 that the Defendant only possessed two videos and one image, Defense counsel needs an Order to be issued clarifying that any follow-up civil restitution owed to victims in this case be limited to any identified victims in the two videos and one image.

I declare the foregoing to be true and correct under the penalty of perjury. Executed at Los Angeles California on April 18, 2025.

\s\ Josef Sadat
Josef Sadat

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Alleged Victim Clarification
CASE NO.: 8:23-CR-00027-DOC