**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**RICHARD O'CONNOR**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 8:23-cr-00027-DOC |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER ON |
| ) | DEFENDANT'S EX PARTE |
| vs. ) | APPLICATION CLARIFYING |
| ) | NUMBER OF VICTIMS |
| RICHARD O'CONNOR. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Court has read and considered Defendant's Ex Parte Application seeking clarification on the number of the victims in the above-captioned case.

The stipulation at sentencing on February 5, 2024, in the process determining that the Defendant possessed at least 150 images but fewer than 300 images of child pornography, only included two videos and one image.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED the the victims in the above-mentioned two videos be limited to and identified as "Floor Baby1 Series" and "Lars Series."

IT IS SO ORDERED.

_____          _____
DATE                                 HONORABLE DAVID O. CARTER
                                     UNITED STATES DISTRICT JUDGE

-1-

United States of America v. Richard O'Connor
[Proposed] Order on Ex Parte Application Clarifying Number of Victims
CASE NO.: 8:23-cr-00027-DOC