BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MARK P. TAKLA
Assistant United States Attorney
Acting Chief, Orange County Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
    U.S. ATTORNEY'S OFFICE
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:    melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>RICHARD O'CONNOR,<br><br>        Defendant. | No. SA CR 23-27-DOC<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER CLARIFYING NUMBER OF VICTIMS |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Melissa Rabbani, hereby submits its response to defendant's ex parte application for an order clarifying the number of victims in this case.[1]  See Dkt.

---

[1] On April 24, 2025, the Court ordered the government to file this response by April 30, 2025.  The government was not immediately aware of the Court's order and apologizes for the late filing.

55.

After reviewing the unique circumstances of this case, the government does not oppose the proposed order sought by defendant. In other words, the government agrees that the appropriate number of victims in this case is two: the two victims identified in the three matters charged in the information in this case.  At sentencing, the parties stipulated that defendant possessed only those matters.

While defendant agreed to pay restitution to victims other than those two in the criminal matter, the government submits that those were victims of "relevant conduct" and not of the charged conduct in this case.

Dated:  May 3, 2025                      Respectfully submitted,

                                         BILAL A. ESSAYLI
                                         United States Attorney

                                         LINDSEY GREER DOTSON
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                          /s/ Melissa S. Rabbani
                                         MELISSA S. RABBANI
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA