**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 8:23-cr-00027-DOC |
| Plaintiff, | ) |
| | ) ORDER ON DEFENDANT'S |
| | ) EX PARTE APPLICATION |
| vs. | ) CLARIFYING NUMBER OF |
| | ) VICTIMS [55] |
| RICHARD O'CONNOR. | ) |
| | ) |
| Defendant. | ) |
| | ) |

Court has read and considered Defendant's Ex Parte Application seeking clarification on the number of the victims in the above-captioned case.

The stipulation at sentencing on February 5, 2024, in the process determining that the Defendant possessed at least 150 images but fewer than 300 images of child pornography, only included two videos and one image.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED the the victims in the above-mentioned two videos be limited to and identified as "Floor Baby1 Series" and "Lars Series."

IT IS SO ORDERED.

_____
June 6, 2025
DATE

_David O. Carter_
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

-1-

United States of America v. Richard O'Connor
Order on Ex Parte Application Clarifying Number of Victims CASE
NO.: 8:23-cr-00027-DOC