PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA



**FILED**
CLERK, U.S. DISTRICT COURT

10/10/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

U.S.A.   VS.   Richard O'Connor                                    Docket No.:  8:23-CR-00027-DOC-1

### Petition on Probation and Supervised Release (MODIFICATION)

COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Richard O'Connor who was placed on supervision by the Honorable DAVID O. CARTER sitting in the Court at Santa Ana, California, on the 5th day of February, 2024 who fixed the period of supervision at 20 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Richard O'Connor was ordered by the Court to pay $32.00 towards computer monitoring.  Since the commencement of supervision, the costs of monitoring services have risen beyond what the Court ordered the supervisee to pay.  To ensure the supervisee complies with the Court's directives and takes full responsibility for their conduct in the instant offense, it appears necessary to modify the Court's order to require the supervisee to pay all the computer monitoring program costs throughout the term of supervision. Additionally, Mr. Richard O'Connor will not have a viable residence upon his release from custody and is need of transitional housing.

Richard O'Connor and defense counsel have agreed to the proposed modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Richard O'Connor, as a special condition of supervision, shall comply with the rules and regulations of the Computer Monitoring Program. The supervisee shall pay all the costs of the Computer Monitoring Program. The offender shall reside for a period not to exceed 180 days in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.

ORDER OF COURT

Considered and ordered this  10th  day of  Oct. , 2025 and ordered filed and made a part of the records in the above case.

*David O. Carter*
_____
United States District Judge
HONORABLE DAVID O. CARTER

Respectfully,

/S/ WENDY WONG
_____
U. S. Probation & Pretrial Services Officer

Place:     Riverside, California

Approved: /S/ CORDALE JOHNSON
                Supervising U.S. Probation & Pretrial
                Services Officer

Date:       October 2, 2025