**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**RICHARD O'CONNOR**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **CASE NO.: 8:23-CR-00027-DOC** |
| **Plaintiff,** | ) |
| **vs.** | ) **DEFENDANT'S EX PARTE** |
| | ) **APPLICATION TO UNSEAL THE** |
| **RICHARD O'CONNOR,** | ) **REMAINING SEALED PORTION OF** |
| **Defendant.** | ) **THE  SENTENCING HEARING** |
| | ) **DATED FEBRUARY 5, 2024** |

TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE, AND TO

ASSISTANT UNITED STATES ATTORNEY, MELISSA RABBANI:

Defendant's counsel, Josef Sadat, hereby applies EX PARTE for an ORDER to unseal the

remaining sealed portion of the sentencing hearing in the above-captioned case held on February 5,

2024.

DATED: Dec. 25, 2025                    LAW OFFICE OF JOSEF SADAT

By:      /s/ Josef Sadat_____
JOSEF SADAT, Esq.
Attorney for Defendant,
Richard O'Connor

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Order Unsealing Remaining Sealed Portion of Sentencing Transcript
CASE NO.: 8:23-CR-00027-DOC

## DECLARATION OF JOSEF SADAT

Josef Sadat hereby declares:

1.    That I am the attorney of record for Defendant, Richard O'Connor. The matters contained herein are true within my own personal knowledge and if called to testify to same, I could and would competently do so.

2.    On February 26, 2025, this Honorable Court signed an Order releasing the full transcript of the February 5, 2024, sentencing hearing to defense counsel. On March 6, 2025, Ms. Deborah Parker, CSR, CLR, was kind enough to add the sealed portion of the transcript (i.e. statements from supporters of Mr. O'Connor in the courtroom) instead of separating and making two transcripts (sealed and unsealed). Hence, everything was grouped together in one transcript and labeled "sealed," along with a waiver of processing fees.

3.    Mr. O'Connor's family law attorney is seeking to submit the sentencing hearing transcript for a Judge in Family Law State Court in California to review. Mr. O'Connor's family law attorney has relayed that the State Court Judge will not review a sentencing hearing transcript labeled sealed. She in return has urged Declarant to perform follow-up with Ms. Parker in order to get this issue resolved. On December 22, 2025, Ms. Parker notified defense counsel that a follow-up Court Order would be needed in order to obtain a transcript without the sealed label.

4.    On December 22, 2025, defense counsel notified Assistant United States Attorney Melissa Rabbani of the situation. Ms. Rabbani responded diligently the same day and notified defense counsel that she has no objection.

I declare the foregoing to be true and correct under the penalty of perjury. Executed at Los Angeles, California on Dec. 25, 2025.

\s\ Josef Sadat
Josef Sadat

-2-

United States of America v. Richard O'Connor
Defendant's Ex Parte Application for Order Unsealing Remaining Sealed Portion of Sentencing Transcript
CASE NO.: 8:23-CR-00027-DOC