**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**RICHARD O'CONNOR**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.: 8:23-cr-00027-DOC** |
| **Plaintiff,** | **[PROPOSED] ORDER ON DEFENDANT'S EX PARTE APPLICATION TO UNSEAL REMAINING SEALED PORTION OF SENTENCING HEARING HELD ON FEBRUARY 5, 2024** |
| **vs.** | |
| **RICHARD O'CONNOR.** | |
| **Defendant.** | |

Court has read and considered Defendant's Ex Parte Application seeking to unseal the remaining sealed portion of the sentencing hearing held on February 5, 2024.

FOR GOOD CAUSE SHOWN, the remaining sealed portion of the sentencing hearing dated February 5, 2024 shall be unsealed.

IT IS SO ORDERED.

_____          _____
DATE                                  HONORABLE DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE

cc: Deborah Parker <pdeborah157@gmail.com>

-1-

United States of America v. Richard O'Connor
Order on Defendant's Ex Parte Application to Unseal Remaining Sealed Portion of Transcript
CASE NO.: 8:23-cr-00027-DOC