**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 8:23-cr-00027-DOC |
| Plaintiff, | ) ORDER ON DEFENDANT'S EX |
| | ) PARTE APPLICATION TO UNSEAL |
| vs. | ) REMAINING SEALED PORTION OF |
| | ) SENTENCING HEARING HELD ON |
| RICHARD O'CONNOR. | ) FEBRUARY 5, 2024 |
| Defendant. | ) |

Court has read and considered Defendant's Ex Parte Application seeking to unseal the remaining sealed portion of the sentencing hearing held on February 5, 2024.

FOR GOOD CAUSE SHOWN, the remaining sealed portion of the sentencing hearing dated February 5, 2024 shall be unsealed. The entire transcript shall be made public and may not be redacted in any portion.

IT IS SO ORDERED.

_December 29, 2025_
DATE

_David O. Carter_

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

cc: Deborah Parker <pdeborah157@gmail.com>

-1-

United States of America v. Richard O'Connor
Order on Defendant's Ex Parte Application to Unseal Remaining Sealed Portion of Transcript
CASE NO.: 8:23-cr-00027-DOC