**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TO:**   Clerk, United States District Court

Attention:   Karlen Dubon _____   Date:  January 7, 2026 _____
                              Deputy Clerk

**SUBJECT:  REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Richard O'Connor | 8:23-CR-00027-DOC-1 | |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY*   JOSEF SADAT<br>TELEPHONE NO.:   310-709-6291 |
|---|---|

*As shown on Judgment

Please calendar the above-named defendant for a progress review hearing on 2/11/26 at 7:30 am.

Interpreter Needed?   ☐ Yes        ☒ No        Language Type: _____

WENDY WONG, 909-240-9678 _____       CORDALE JOHNSON, 714-338-2930 _____
            U. S. PROBATION OFFICER                                  SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*       *Orig. To Clerk's Office*          *Copies to:*    *U. S. Attorney (Chief, Criminal Division)*
                                                                                          *Federal Public Defender (Chief Deputy)*

---

### *FOR CLERK'S USE ONLY*

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the
Honorable David O. Carter, United States District Judge on _____2/11/26_____ at 7:30 a.m./p.m. in Courtroom No._10A_.

CLERK, U. S. DISTRICT COURT

Date    January 8, 2026 _____          By  P. Deason for Karlen Dubon _____
                                                                            Deputy Clerk

*Routing on Notice by Clerk:*      *Original -*    *Court File*                                                          ☑
                                                *cc:*    *U. S. Probation & Pretrial Services Office*                    ☑
                                                        *U. S. Attorney, Attn: Chief, Criminal Division*               ☑
                                                        *Defense Attorney*                                             ☑
                                                        *Federal Public Defender, Attn: Chief Deputy*                 ☐
                                                        *U. S. Marshal (Warrant Cases only)*                           ☐
                                                        *Interpreter Section, Clerk's Office (When needed)*            ☐

SUP 216
1/10/07